# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2458.  FRANK HOWARD, et al. v. JOHN WEBB.**

The plaintiffs in this case filed suit against John Webb, seeking to void certain transfers.  In connection with this suit, the plaintiffs moved for a civil contempt finding.  By order entered December 28, 2011, the trial court found Webb to be in contempt.  On June 4, 2012, however, the trial court vacated its prior contempt ruling.  The plaintiffs seek to appeal this ruling.

Under OCGA § 5-6-34 (a) (2), a direct appeal may be taken from "[a]ll judgments involving applications for discharge in bail trover and contempt cases."  An order dismissing a finding of contempt, however, is not such an order.  See *Fulford v. Fulford*, 225 Ga. 510 (170 SE2d 27) (1969).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/20/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*